HELEN WINKLER, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. HARTFORD ACCIDENT AND INDEMNITY COMPANY, *ET AL.*, DEFENDANTS-PETITIONERS.

See same case below: 66 *N. J. Super.* 22.

*Messrs. Kisselman, Devine, Deighan & Montano* and *Mr. Michael Patrick King* for the petitioners.

*Messrs. Armstrong & Geller* and *Mr. Walter L. Smith, Jr.,* for the respondents.

May 15, 1961.   Denied.